**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **TOMMY BREED,** | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | **CIVIL ACTION NO. 1:15-CV-00443** |
| **VS.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **WASTEWATER SPECIALTIES, LLC,** | § | |
| *Defendant*. | § | |

**ORDER GRANTING OPPOSED MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

ON THIS DAY, the Court considered Defendant's Opposed Motion for Extension of Time to File Response to Plaintiff's Motion for Class Certification, and the Court is of the opinion that such Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that Defendant Wastewater Specialties, LLC shall have until March 4, 2016 to file a response to Plaintiff's Motion for Class Certification.