**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JARVIS SIMON, Individually and On Behalf of All Others Similarly Situated,** *Plaintiff*, | § § § § § | |
| | § | **CIVIL ACTION NO. 1:15-CV-00372** |
| VS. | § § | **JURY TRIAL DEMANDED** |
| **WASTEWATER SPECIALTIES, INC.,** *Defendant*. | § § § | |

## ORDER ON JOINT MOTION FOR APPROVAL OF SETTLEMENT

All remaining Plaintiffs[2] filed consents to opt-into this collective action, complaining that Defendant Wastewater Specialties, LLC violated the Fair Labor Standards Act and the Texas Payday Law. Defendant has contested the allegations as to each of the opt-in Plaintiffs, and the parties have conducted discovery in the case. Based on the record, the Court finds that this case presents a bona fide dispute under the FLSA.

Defendant and all remaining Plaintiffs entered into a settlement agreement on August 25, 2017, and the parties have resolved all issues between them. On September 14, 2017 the parties filed their Joint Motion for Approval of Settlement Agreement, including a schedule of settlement amounts and a proposed release agreement.

After reviewing the parties' Joint Motion for Approval of Settlement Agreement and the attachments, the Court finds that the proposed settlement is a fair and reasonable resolution of a bona fide dispute under the FLSA, and the Court therefore GRANTS the motion (#231). The form

---

[2] Sami Ardoin, Derrick Bellard, Jacobey Brown, Wilton Davis, Manuel Dixon, Felix Fifer, Tommye Frank, Juan Garcia, Wallace Grant, Jerome Harmon, Keith Howard, Warren Joseph, Alvin Landry, David Sartin, Maerlin Smith, Richard Smith, Derrick Thibodeaux, Shawn Thibodeaux, Desmond Turner, and Jordan Young

- 2 -

of the release is hereby APPROVED.  This action and all causes of action asserted by all remaining Plaintiffs are hereby DISMISSED WITH PREJUDICE.

    SIGNED at Beaumont, Texas, this 2nd day of October, 2017.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE